DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LIBRADO CASTRO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0156 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| LIBRADO CASTRO-BELTRAN, | Date:  November 1, 2010 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Librado Castro-Beltran, that the hearing currently set for October 4, 2010 at 9:00 a.m., **may be rescheduled to November 1, 2010 at 9:00 a.m.**

This continuance is at the request of counsel for defendant to allow defendant time to review the government's proposed plea agreement offer which was received by counsel September 29, 2010, and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

          BENJAMIN B. WAGNER
          United States Attorney

Dated: September 30, 2010        /s/ Ian Garriques
          IAN GARRIQUES
          Assistant United States Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Federal Defender

Dated: September 30, 2010        /s/ Peggy Sasso
          PEGGY SASSO
          Assistant Federal Defender
          Attorney for Defendant
          LIBRADO CASTRO-BELTRAN

**ORDER**

IT IS SO ORDERED.

Dated:    September 30, 2010
          CHIEF UNITED STATES DISTRICT JUDGE