1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   PEGGY SASSO, Bar #228906
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5

    Attorney for Defendant
6   LIBRADO CASTRO-BELTRAN

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,   )  NO. 1:10-CR-00156 AWI
                      )
12           Plaintiff,     )
                      )   APPLICATION FOR SUBPOENA DUCES TECUM
13       v.             )   PURSUANT TO FED.R.CRIM.P. 17(c) ON
                      )   BEHALF OF LIBRADO CASTRO-BELTRAN;
14   LIBRADO CASTRO-BELTRAN,    )   MEMORANDUM OF POINTS AND
                      )   AUTHORITIES; DECLARATION; ORDER
15          Defendant.    )
                      )   Judge: Hon. Anthony W. Ishii
16   _____)

17

18        Defendant, Librado Castro-Beltran, by his court-appointed attorney, Peggy Sasso, hereby moves as

19   authorized by Federal Rules of Criminal Procedure, Rule 17(c), for authorization to issue a subpoena

20   <u>duces</u> <u>tecum</u> to the Custodian of Records for the Los Angeles County Sheriff's Department, 12440 East

21   Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for production of:

22       1)   any and all references and documents pertaining to the federal immigration, or ICE
           (Immigration Customs and Enforcement), hold or detainer placed on Librado Castro-Beltran
23            (aka Feliciano Beltran Castro or Angel Lebrado Castro); DOB 11/03/1976; arrest date
           6/26/2008; booking number 1525081; case number VA106340-01; and
24

25       2)   any and all booking documents for Librado Castro-Beltran (aka Feliciano Beltran Castro or
           Angel Lebrado Castro); DOB 11/03/1976; arrest date 6/26/2008; booking number 1525081;
26            case number VA106340-01, including but not limited to the Booking "Jacket"and the Booking
           and Property Record.

27        The information contained in said records is necessary to determine and establish the true facts

28   relating to the violations alleged against Mr. Castro-Beltran in the above-captioned criminal proceeding.

1   The requested information is relevant to the issue of venue, and specifically, whether Mr. Castro-Beltran

2   was found by federal authorities in the Central District of California or the Eastern District of California.

3       This information is required to assist counsel to adequately prepare a defense to the charges in this

4   case on behalf of Defendant, and is available only from the Custodian of Records for the Los Angeles

5   County Sheriff's Department, 12440 East Imperial Highway, #120, Norwalk, California, 90650.

6       The Los Angeles County Sheriff's Department has informed counsel for the defendant that a

7   subpoena is required to obtain  ICE hold/detainer information and that the defense should request booking

8   documents for information on immigration holds.

9       This application is based on Rule 17 of the Federal Rules of Criminal Procedure, the attached

10   memorandum of points and authorities, and such other authority as may be produced in connection with

11   consideration of this application.

12                                          Respectfully submitted,

13                                          DANIEL J. BRODERICK
                                            FEDERAL PUBLIC DEFENDER
14

15   DATED: September 30, 2010              By   /s/ Peggy Sasso
                                               PEGGY SASSO
16                                             Assistant Federal Defender
                                               Counsel for Defendant
17                                             Librado Castro-Beltran

18

19                          **MEMORANDUM OF POINTS AND AUTHORITIES**

20       Federal Rules of Criminal Procedure, Rule 17(b) authorizes the issuance of subpoenas for indigent

21   defendants at the expense of the government.  Rule 17(c) authorizes the issuance of subpoenas duces

22   tecum.

23       A party requesting a subpoena duces tecum under Rule 17(c) must demonstrate that the materials

24   sought are 1) relevant, 2) admissible, and must identify the materials with specificity,  *United States v.*

25   *Nixon*, 418 U.S. 683, 699-700 (1974); *United States v. Eden*, 659 F.2d 1376 (9th Cir. 1981).  *Eden* adds

26   the requirement that the proponent "...demonstrate that the subpoenaed materials are not available from

27   any other source and their examination and processing should not await trial."  *Id.* at 1381.

28       This request by Defendant Librado Castro-Beltran seeks copies of records from the Custodian of

Application for Subpoena Duces Tecum
on Behalf of Defendant Pursuant to Fed.R.Crim.P. 17(c);
Points and Authorities; Declaration;  Order                    2

1  Records for the Los Angeles County Sheriff's Department, Norwalk, California, relating to a federal

2  immigration hold / detainer placed against him while he was held in custody by the Los Angeles County

3  Sheriff in 2008. The information contained in said records is relevant and necessary to prepare a defense to

4  the charges in this case on behalf of Defendant. Such records would support a motion to dismiss for

5  improper venue. Obtaining these records prior to trial will allow defense counsel to challenge venue and

6  jurisdiction and could lead to dismissal of the indictment.

7       The information is available only from the Custodian of Records for the Los Angeles County

8  Sheriff's Department, 12440 East Imperial Highway, #120, Norwalk, California, 90650.  The defense,

9  pursuant to instruction from the Sheriff's department, has been advised that a court order is needed to

10 release the documents.  For this reason authority to issue subpoena is requested.  It is not anticipated that

11 the information will be provided without a subpoena.  It is imperative that the information be provided to

12 defendant's counsel at the earliest time possible in order to expedite defense preparation.

13      This application is based on Federal Rules of Criminal Procedures, Rule 17, the foregoing

14 application, this memorandum of points and authorities, the attached declaration of counsel, and such

15 information and authority as may be produced in connection with consideration of this application.

16                                 Respectfully submitted,

17                                 DANIEL J. BRODERICK
                                FEDERAL PUBLIC DEFENDER

18

19 DATED:  September 30, 2010           /s/ Peggy Sasso
                                PEGGY SASSO

20                                 Assistant Federal Defender
                                Counsel for Defendant

21                                 Librado Castro Beltran

22

23

24

25

26

27

28

Application for Subpoena Duces Tecum
on Behalf of Defendant Pursuant to Fed.R.Crim.P. 17(c);
Points and Authorities; Declaration;  Order     3

**DECLARATION OF PEGGY SASSO**

I, Peggy Sasso, declare as follows:

1.  I am an attorney admitted to practice before this court and am employed as an Assistant Federal Defender.

2.  The Federal Defender has been appointed to represent Defendant Librado Castro-Beltran in the above-entitled case, and I have been assigned to represent him.  He is charged with illegal reentry in violation of 8 U.S.C. § 1326.

3.  I am informed and believe and thereon state that, pursuant to the policy of the Los Angeles County Sheriff, there are jail records relating to federal detainers, which would indicate the placement of an immigration hold / detainer against Mr. Librado Castro-Beltran while he was incarcerated at the Los Angeles County Jail in 2008.

4.  A copy of the information contained in the said Los Angeles County Sheriff's Department records is necessary to determine and establish the true facts relating to when and what judicial district Mr. Librado Castro-Beltran was found in the U.S. by immigration authorities.  The information and records are available only from the Custodian of Records for the Los Angeles County Sheriff's Department, 12440 East Imperial Highway, #120, Norwalk, California, 90650. The government asserts that Mr. Castro-Beltran was found and a detainer placed against him in the Eastern District of California. It is imperative that the information be provided to defendant's counsel as soon as possible to assist in adequately preparing a defense to the charges in this case. It is anticipated that the information will not be provided without a subpoena, as this has been our experience with the Los Angeles County Sheriff's Department.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of September, 2010, at Fresno, California.

/s/ Peggy Sasso
PEGGY SASSO, Declarant
Assistant Federal Defender
Attorney for Defendant
Librado Castro-Beltran

Application for Subpoena Duces Tecum
on Behalf of Defendant Pursuant to Fed.R.Crim.P. 17(c);
Points and Authorities; Declaration;  Order

4

1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   PEGGY SASSO, Bar #228906
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

    Attorney for Defendant
6   LIBRADO CASTRO-BELTRAN

7

8                   IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,           )   NO. 1:10-CR-00156 AWI
                                        )
11              Plaintiff,              )
                                        )   **ORDER GRANTING APPLICATION FOR**
12      v.                              )   **SUBPOENA DUCES TECUM PURSUANT TO**
                                        )   **FED.R.CRIM.P. 17(c)**
13  LIBRADO CASTRO-BELTRAN,             )
                                        )
14              Defendant.              )
                                        )
15  _____     )

16      The Application For Subpoena Duces Tecum, filed by defendant Librado Castro-Beltran **IS**

17  **HEREBY GRANTED** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the

18  Federal Rules of Criminal Procedure to the Custodian of Records for the Los Angeles County Sheriff's

19  Department, 12440 East Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for

20  production of:

21      1)   any and all references and documents pertaining to the federal immigration, or ICE
             (Immigration Customs and Enforcement), hold or detainer placed on Librado Castro-Beltran
22           (aka Feliciano Beltran Castro or Angel Lebrado Castro); DOB 11/03/1976; arrest date
             6/26/2008; booking number 1525081; case number VA106340-01; and
23
        2)   any and all booking documents for Librado Castro-Beltran (aka Feliciano Beltran Castro or
24           Angel Lebrado Castro); DOB 11/03/1976; arrest date 6/26/2008; booking number 1525081;
             case number VA106340-01, including but not limited to the Booking "Jacket"and the Booking
25           and Property Record.

26  IT IS SO ORDERED.

27

28  Dated:    October 1, 2010              _____
                                           CHIEF UNITED STATES DISTRICT JUDGE