DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LIBRADO CASTRO-BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0156 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date:  November 15, 2010 |
| LIBRADO CASTRO-BELTRAN, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender

Peggy Sasso, Counsel for Defendant Librado Castro-Beltran, that the hearing currently set for November

1, 2010 at 9:00 a.m., **may be rescheduled to November 15, 2010 at 9:00 a.m.**

This continuance is at the request of counsel for defendant to allow defendant time to review

documents subpoenaed from the Los Angeles County Sheriff's office, which defense counsel understands

will be released by the Court on November 1, 2010.  The requested continuance will conserve time and

resources for both counsel and the court.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3    3161(h)(7)(B)(i) and (iv).

4                                                              BENJAMIN B. WAGNER
                                                               United States Attorney
5

6    Dated: October 26, 2010                                  /s/ Ian Garriques
                                                               IAN GARRIQUES
7                                                              Assistant United States Attorney
                                                               Attorney for Plaintiff
8

9                                                              DANIEL J. BRODERICK
                                                               Federal Defender
10

11   Dated: October 26, 2010                                  /s/ Peggy Sasso
                                                               PEGGY SASSO
12                                                             Assistant Federal Defender
                                                               Attorney for Defendant
13                                                             LIBRADO CASTRO-BELTRAN

14

15

16

17                                    **ORDER**
          IT IS SO ORDERED.
18

19   Dated: _____ October 27, 2010 _____

20                          CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

CASTRO-BELTRAN: Stipulation to Continue

-2-